**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| DAN BOGER on behalf of himself and others similarly situated, | : : : | |
| Plaintiff, | : : | Case No. 17-cv-11549-RWZ |
| v. | : : : : | |
| BLACK TIE TRANSFERS, INC. | : : | |
| Defendant. | : : | |

## NOTICE OF DISMISSAL

The plaintiff files this notice of dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of all claims in the above-captioned case against Black Tie Transfer, Inc. None of the rights of any putative class members have been released or are otherwise affected by this dismissal.

RESPECTFULLY SUBMITTED AND DATED this 7th day of June, 2018.

By:*/s/ Anthony Paronich*
Anthony Paronich
Broderick & Paronich, P.C.
99 High Street, Suite 304
Boston, MA 02110
(617) 738-7080
Fax (617) 830-0327
anthony@broderick-law.com

*Counsel for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I, hereby certify that on June 7, 2018, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

>  */s/ Anthony Paronich*
>  Anthony Paronich